UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

JAN 7 2020

David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. M-20-30001-M |
| | § | (M-17-0431-01) |
| KERENA ALMEIDA-CEDILLO | § | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

In or about July 2014 to in or about February 2017, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, Defendant,

**KERENA ALMEIDA-CEDILLO**

did possess, and aid and abet the possession of false identification documents, namely Yamasee tribal identification cards and Yamasee tribal naturalization certificates, with the intent that such documents be used to defraud the United States.

In violation of Title 18, United States Codes, Section 1028(a)(4) and 2.

RYAN K. PATRICK
UNITED STATES ATTORNEY

_____
James H. Sturgis
ASSISTANT UNITED STATES ATTORNEY